| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PENG ZHANG,<br>RUIFANG QI,<br>XUEXIN ZHANG, | ) ) ) ) | No. C 08-1322 JCS |
| Plaintiffs, | ) ) | **PARTIES' CONSENT TO MAGISTRATE JURISDICTION AND STIPULATION TO** |
| v. | ) ) | **DISMISS; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>GERARD HEINAUER, Director, U.S.C.I.S., Nebraska Service Center, | ) ) ) ) ) | |
| Defendants. | ) ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiffs and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Additionally, the parties hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs' Refugee Asylee Relative Petitions (Form I-730).

///

///

Stipulation to Dismiss
C08-1322 JCS                                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: March 25, 2008          Respectfully submitted,

3 |                                    JOSEPH P. RUSSONIELLO
                                   United States Attorney

                                                      /s/
                                   ILA C. DEISS[1]
                                   Assistant United States Attorney
                                   Attorneys for Defendants

Dated: March 25, 2008                             /s/
                                   JUSTIN X. WANG
                                   Attorney for Plaintiffs

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: March 27, 2008

JOSEPH C. SPERO
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C08-1322 JCS                          2